## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sarah Dembitzer,<br>individually and on behalf of all others similarly situated,<br>Plaintiff,<br>-v.-<br>Midland Credit Management, Inc.,<br>Defendant. | Case No.: 3:21-cv-16982-FLW-TJB<br><br>**PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT** |

In response to Defendant Midland Credit Management, Inc.'s November 2, 2021 Offer of Judgment ("Offer"), Plaintiff Sarah Dembitzer, by and through her attorneys Stein Saks, PLLC, hereby accepts the Offer.

Dated: November 2, 2021

**Stein Saks PLLC**

s/ Eliyahu Babad
By:  Eliyahu Babad, Esq.
One University Plaza, Suite 620
Hackensack, NJ 07601
Phone: (201) 282-6500 ext. 121
Fax: (201) 282-6501
EBabad@SteinSaksLegal.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon counsel for Defendant, via email on November 2, 2021.

s/ Eliyahu Babad<br>
Eliyahu Babad, Esq.