## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sarah Dembitzer,<br>individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>-v.-<br>Midland Credit Management, Inc.,<br>Defendant. | Case No.: 3:21-cv-16982-FLW-TJB<br><br><br><br>**ORDER OF JUDGMENT** |

On November 2, 2021, Defendant Midland Credit Management, Inc., served an offer of judgment to Plaintiff Sarah Dembitzer, in the total amount of $4,500.00, to resolve all claims alleged in Plaintiff's complaint, including costs and attorney's fees. Plaintiff accepted the offer of judgment on November 2, 2021 and filed the Offer and Acceptance pursuant to Fed. R. Civ. P. 68.

Accordingly, IT IS HEREBY ORDERED that Judgment is granted in favor of Plaintiff, and that Plaintiff Sarah Dembitzer shall recover from Defendant Midland Credit Management, Inc., the sum of four thousand five hundred and 00/100 dollars ($4,500.00).

Dated: November 24, 2021

_____
Honorable Freda L. Wolfson
Chief United States District Judge